UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID R. LINFOOT,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD P. BERNARDI, and JESSE NEAL SPENCER, individually and doing business as BERNARDI & SPENCER, and OREGON COLLECTIONS, INC., an Oregon corporation,<br><br>        Defendants. | Case No. 3:12-CV-00799-HU<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY FEES |

      This matter came before the Court on Defendants' Motion for Attorney Fees. The Court, having reviewed and considered Defendants' Motion, the supporting memorandum and declaration submitted therewith, and the record and file herein, GRANTS Defendants' motion.

      Defendants are awarded their reasonable attorney fees in the amount of $6,211.50.

      DATED this  25  day of April, 2013.

                                                /s/ Michael W. Mosman<br>
                                                Michael W. Mosman<br>
                                                U.S. District Court Judge

Page 1    ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY FEES

McEwen Gisvold LLP
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
(503) 226-7321   Fax (503) 243-2687
kurtk@mcewengisvold.com

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2013, I served the foregoing [proposed] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY FEES on the persons below by the method(s) indicated below on said day.

| | |
|---|---|
| David R. Linfoot<br>2014 NE 53rd Avenue<br>Portland, OR 97213<br>(503) 381-0121<br><br>        Pro Se | __x__ U.S. Mail<br>____ Facsimile<br>____ Hand Delivery<br>____ Email<br>____ CM/ECF |

DATED this 22nd day of April, 2013.

McEwen Gisvold LLP

*/s/ Katie Jo Johnson*                    .
Jonathan Radmacher, OSB No. 924314
Katie Jo Johnson, OSB No. 063823
    Of Attorneys for Defendants

Page 2    ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY FEES

**McEwen Gisvold LLP**
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
(503) 226-7321   Fax (503) 243-2687
kurtk@mcewengisvold.com